USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 1 0 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    -v-

VINCENT ESPOSITO,
STEVEN ARENA,
FRANK GIOVINCO,
FRANK COGNETTA, and
VINCENT D'ACUNTO JR.

                  Defendants.

- - - - - - - - - - - - - - - - - x

**ORDER**

18 Cr. 014 (   )

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorneys Jared P. Lenow, Kimberly J. Ravener, and Jason M. Swergold;

It is found that the Indictment in the above-captioned action, 18 Cr. 014, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment, 18 Cr. 014, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
January 10, 2018

_____
THE HONORABLE BARBARA C. MOSES
UNITED STATES MAGISTRATE JUDGE