I4RTGIOC

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

          v.                           18 CR 14 (VM)

FRANK GIOVINCO,

          Defendant.

------------------------------x
                                       New York, N.Y.
                                       April 27, 2018
                                       11:30 a.m.

Before:

                HON. VICTOR MARRERO,

                                       District Judge

                    APPEARANCES

GEOFFREY S. BERMAN
     Interim United States Attorney for the
     Southern District of New York
JARED LENOW
     Assistant United States Attorney

JAMES FROCCARO, JR.
     Attorney for Defendant

AARON GOLDSMITH
     Attorney for Defendant
```

1           (In open court)

2           THE COURT:  Good morning.  This is a proceeding in the

3  matter of United States versus Giovinco, Docket Number 18 CR

4  0014.  Counsel, enter your appearances for the record.

5           MR. LENOW:  Good morning, your Honor, Jared Lenow for

6  the government.

7           MR. FROCCARO:  Good morning, your Honor, James

8  Froccaro for Mr. Giovinco.  I apologize for being late.  I

9  called your Honor's chambers.  There was terrible traffic.

10          MR. GOLDSMITH:  Eric Goldsmith, duty attorney for the

11  day.

12          THE COURT:  The Court scheduled this proceeding in

13  response to a letter to the Court from defense counsel,

14  Mr. Froccaro, dated April 13, 2018 requesting that he be

15  authorized to withdraw representation of Mr. Giovinco and

16  appointment of new counsel for the reasons stated in the

17  letter.

18          Mr. Froccaro, any changes in circumstances from the

19  date of your letter?

20          MR. FROCCARO:  No, your Honor, there hasn't been.

21          THE COURT:  Mr. Giovinco, your attorney has requested

22  authority to withdraw his representation of you for the reasons

23  indicated.  Have you discussed this matter with him?

24          THE DEFENDANT:  Yes, I have.

25          THE COURT:  Is it your request or do you concur in his

1   request for change of counsel for the reasons indicated?

2   THE DEFENDANT: Yes, your Honor.

3   THE COURT: Thank you. I had requested that the CJA
4   attorney on duty be present to resume representation of
5   Mr. Giovinco and also requested that Mr. Giovinco fill out a
6   financial affidavit indicating that he would be eligible for
7   representation by a CJA attorney. The Court has reviewed that
8   application.

9   Mr. Goldsmith, do you have any conflict or potential
10  conflict that may preclude you from representing Mr. Giovinco
11  in this matter?

12  MR. FROCCARO: I'm not aware of any conflict. I have
13  had an opportunity to speak with the government very briefly,
14  along with Mr. Froccaro and Mr. Giovinco. I am prepared to
15  take over the case, which I understand has a trial marked for
16  September 24.

17  THE COURT: Thank you.

18  Mr. Lenow, does the government have any knowledge of
19  any conflict or potential conflict that Mr. Goldsmith may have
20  in accepting representation of Mr. Giovinco in this matter?

21  MR. LENOW: We do not, Judge.

22  THE COURT: Under the circumstances then, the Court
23  will grant Mr. Froccaro's application and designate
24  Mr. Goldsmith to represent Mr. Giovinco in the matter going
25  forward.

1      Mr. Goldsmith, of course, any discovery that the
2 government has turned over to Mr. Froccaro should be turned
3 over to you, and you know the schedule.
4      MR. GOLDSMITH:  I will note for the record, first,
5 that Mr. Froccaro has provided me his entire file, and also
6 note there appears to be a two terabytes hard drive in it which
7 he expressed contains the discovery in this matter.
8      As I said earlier, I'm aware of the trial schedule,
9 and Mr. Lenow and I agreed to start having some brief
10 conversations to directing me toward a more focused search of
11 the discovery relevant to Mr. Giovinco in this matter so we
12 could have some reasonable plea negotiations over the coming
13 several weeks.
14      Otherwise, as I said, I'm available and will prepare
15 accordingly for the Court's calendar.
16      THE COURT:  All right.  If there is nothing else, I
17 thank you.  Have a good day.
18      MR. LENOW:  Thank you, Judge.
19      MR. FROCCARO:  Thank you.
20      (Adjourned)