```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiffs.
        -v-

FRANK GIOVINCO,                                          18 Cr. 0014 (JSR)

                        Defendant.
-----------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/19
PROPOSED ORDER

Upon the *ex parte* application of FRANK GIOVINCO, by his attorney AARON M. GOLDSMITH, for an Order permitting Defense Counsel to file interim payment vouchers through the CJA office:

**IT IS HEREBY ORDERED**, that:

1. **AARON M. GOLDSMITH, ESQ., as Counsel for Defendant FRANK GIOVINCO may file interim payment vouchers with CJA in this matter.**

Dated:   New York, New York
         December 6, 2019

                        SO ORDERED

                        _____
                        HONORABLE JED S. RAKOFF
                        UNITED STATES DISTRICT COURT JUDGE