UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>FRANK GIOVINCO,<br><br>Defendant. | 18-cr-14-03 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

This matter comes before the Court on Defendant Frank Giovinco's letter motion for removal of the defendant's electronic monitoring on September 21, 2020. Counsel for the defendant represents that the facility to which Frank Giovinco is designated, FCI Loretto, is approximately 400 miles from his home. Defense counsel further represents that "if Mr. Giovinco has his monitoring bracelet removed on Tuesday," as scheduled, "he will not make it to Loretto to surrender timely." The Court will allow the electronic monitoring bracelet to be removed on September 21, 2020 in order for Giovinco to timely surrender on September 22, 2020.

SO ORDERED.

Dated:  New York, NY

9/21, 2020

JED S. RAKOFF, U.S.D.J.

1