UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
UNITED STATES OF AMERICA           :
:
    -against-                      :     <u>ORDER</u>
:
:
:
:                                        18-cr-14
:                                        ‾‾‾‾‾‾‾‾
**Frank Giovinco**                 :       Docket #
------------------------------------x


<u>**Jed S. Rakoff**</u>,  **DISTRICT JUDGE**:
    Judge's Name


The C.J.A. attorney assigned to receive cases on this day,
<u>**Susan G. Kellman**</u> is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC _____.


                        **SO ORDERED**.

                        _____
                        **UNITED STATES DISTRICT JUDGE**


Dated:   New York, New York
         1/8/21